Case Name: MCQUEEN, GREG
           GREGORY ALLAN CONSTRUCTION, INC.
Case No:     07-70197


## <u>CERTIFICATION OF REVIEW</u>

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.


Dated: December 15, 2008              WILLIAM T. NEARY
                                      United States Trustee, Region 11



                          BY:    */s/ Carole J. Ryczek*
                                 CAROLE J. RYCZEK
                                 Attorney for the U.S. Trustee