UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>MCQUEEN, GREG | CHAPTER 7 -- Liquidation |
| GREGORY ALLAN CONSTRUCTION, INC. | CASE NO. 07-70197 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-7742 38-6859418<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on JANUARY 26, 2009 AT 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 2,150.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | | 524.18 |

| | | | |
|---|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 1,860.29 | |
| TERRY FIRCH | 2,204.00 | 0.00 | 2,204.00 |

4. The Trustee's Final Report shows total:

    a. Receipts $ 11,102.94

    b. Disbursements $ 2,204.00

    c. Net Cash Available for Distribution $ 8,898.94

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $4,364.47, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $12,387.44.

6. The debtor has NOT been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

    11/17/08                      s/s Joseph D. Olsen
DATE

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1              Date Rcvd: Dec 16, 2008
Case: 07-70197                Form ID: pdf002            Total Served: 14

The following entities were served by first class mail on Dec 18, 2008.
db           +Greg McQueen,    908 West Avenue,    Woodstock, IL 60098-2254
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +Dean Paolucci,    Select Legal P C,    53 W Jackson Suite 709,    Chicago, IL 60604-3475
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11150412      GMAC,    PO Box 12699,    Glendale, AZ 85318-2699
11150413     +Kenneth R. McEvoy,    628 Columbus St. Ste. 410,    Ottawa, IL 61350-2914
11150415      Russells Building Supply Co.,    200 E. Judd St.,    Woodstock, IL 60098-3416
11150416     +Thomas R. Jakeway,    2601 Reid Farm Road, Suite B,    Rockford, IL 61114-6698

The following entities were served by electronic transmission on Dec 17, 2008.
11150410     +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2008 02:55:04     ABC Supply Co., Inc.,
               1 ABC Parkway,    Beloit, WI 53511-4466
12657793     +E-mail/PDF: rmscedi@recoverycorp.com Dec 17 2008 02:55:30     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11150411      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 17 2008 03:46:20     Discover Card,    12 Reads Way,
               New Castle, DE 19720-1649
11150414     +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2008 02:55:11     Lowes,    P.O. Box 103080,
               Rosewell, GA 30076-9080
12657794      E-mail/PDF: rmscedi@recoverycorp.com Dec 17 2008 02:55:26
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11940209     +E-mail/PDF: rmscedi@recoverycorp.com Dec 17 2008 02:55:51
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2008**                    **Signature:** _/s/ Joseph Speetjens_